IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBRA D. WILLIAMS, | |
| Plaintiff, | Case No. 4:20-cv-00339 |
| v. | Honorable Judge Nancy F. Atlas |
| MIDFIRST BANK, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DEBRA D. WILLIAMS (the "Plaintiff") and MIDFIRST BANK (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 27, 2020

Respectfully submitted,

**DEBRA D. WILLIAMS**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com