United States District Court
Southern District of Texas
**ENTERED**
March 27, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA. WILLIAMS,<br>     Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-20-339 |
| MIDFIRST BANK,<br><br>     Defendants. | §<br>§<br>§<br>§<br>§ | |

## **CONDITIONAL ORDER OF DISMISSAL**

Having been advised that a settlement has been reached between Plaintiff and Defendants, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **April 27, 2020,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 27th day of **March, 2010.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\FMORDERS\ConditionalDismissalOrder.wpd   200327.0942