IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBRA D. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>MIDFIRST BANK,<br><br>    Defendant. | Case No. 4:20-cv-00339 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DEBRA D. WILLIAMS and the Defendant MIDFIRST BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant MIDFIRST BANK, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 24, 2020                                    Respectfully Submitted,

DEBRA D. WILLIAMS                                  MIDFIRST BANK

*/s/ Mohammed O. Badwan*                         */s/ Eugene Xerxes Martin, IV (with consent)*
Mohammed O. Badwan                                Eugene Xerxes Martin, IV
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD.                          Malone Frost Martin PLLC
2500 S. Highland Ave., Ste. 200                   NorthPark Central, Suite 1850
Lombard, Illinois 60148                               8750 North Central Expressway
Phone: (630) 575-8181                                 Dallas, Texas 75231
mbadwan@sulaimanlaw.com                        Phone: (214) 346-2630
                                                                    xmartin@mamlaw.com