United States District Court
Southern District of Texas
**ENTERED**
June 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA D. WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-0339 |
| | § | |
| MIDFIRST BANK, | § | |
| Defendant. | § | |

## ORDER

In accordance with the parties' Stipulation of Dismissal [Doc. # 20], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this  24th  day of **June, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\1-2020\0339DO.wpd   200624.0942